UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ailyn Maria SOTO,<br><br>Defendant. | Magistrate Case No. **'21 MJ02632**<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about June 30, 2021, within the Southern District of California, defendant Ailyn Maria SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Martin RAMIREZ-Flores and E.R.C., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of July 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Martin RAMIREZ-Flores and E.R.C. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 30, 2021 at approximately 4:10 P.M., Ailyn Maria SOTO (Defendant) applied for admission to the United States from Mexico via the vehicle primary lanes at the San Ysidro Port of Entry. Defendant was the driver of a 2010 Dodge Avenger. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her valid United States Passport Book. Defendant stated to the CBP Officer that she was traveling to San Diego, California and she had nothing to declare. The CBP Officer inspected Defendant's car and noticed a non-factory compartment in the trunk. The CBP Officer elected to refer both Defendant and the vehicle to secondary for further inspection.

In secondary inspection, the vehicle was screened utilizing an X-Ray device where the operating officer detected anomalies in the rear cargo area of the vehicle. CBP Officers opened the trunk and assisted in the removal of two male individuals out of the vehicle. The individuals were found to be a citizens and nationals of Mexico with no documentation to enter the United States. The males are now being held as a Material Witnesses and identified as Martin RAMIREZ-Flores and E.R.C.

Interviews were conducted with the Material Witnesses, who admitted to being citizens of Mexico without legal documents to enter the United States. Material Witnesses admitted they were to pay $14,000.00 USD to be smuggled into the United States. Both Material Witnesses stated they intended to travel to California to live with family. A photographic lineup was shown to Martin RAMIREZ-Flores and was not able to identify the driver.